CITY BANK FARMERS TRUST COMPANY et al., as Trustees, Respondents, v. EUGENE T. CANNON et al., Defendants, and WILLIAM B. LEVET, as Guardian ad Litem for CHARLES A. CANNON, JR., et al., Infants, Appellants.

Submitted January 18, 1943; decided March 4, 1943.

*William B. Levet* for motion.

*C. Alexander Capron* opposed.

Motion dismissed on the ground that an appeal lies as of right.

JOHN HARDING, Plaintiff, v. F. H. LAGUARDIA, as Mayor of the CITY OF NEW YORK, et al., Defendants.

Submitted February 23, 1943; decided March 4, 1943.

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.